THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In
The Court of Appeals

 
 
 
 The State,  Respondent,
 v.
 David M. Chapman, Appellant.
 
 
 

Appeal
from Charleston County
Doyet
 A. Early, III, Circuit Court Judge

Unpublished Opinion
No. 2007-UP-297
Submitted June 1,
 2007  Filed June 8, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston,
 for Respondent.
 
 
 

PER
 CURIAM:  David M. Chapman pled guilty to first-degree burglary, strong
 armed robbery and voluntary manslaughter.  The plea judge sentenced Chapman to
 thirty-five years imprisonment.  Chapmans appellate counsel filed a
 brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel
 additionally submitted a petition to be relieved from representation, asserting
there are no direct appeal issues of arguable merit.  Chapman filed a pro se response with the Court.
After a review
 of the record pursuant to Anders and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.